1  DARON L. TOOCH (State Bar No. 137269)
   KATHERINE M. DRU (State Bar No. 280231)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California 90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:    kdru@health-law.com
5
   Attorneys for Bay Area Surgical Management,
6  LLC, Bay Area Surgical Group, Inc., Forest
   Ambulatory Surgical Associates, LP, SOAR
7  Surgery Center, LLC, Knowles Surgery Center,
   LLC, National Ambulatory Surgery Center, LLC,
8  Los Altos Surgery Center, LP, Julia Hashemieh,
   Bobby Sarnevesht, and Javad Zolfaghari
9

Filed
NOV 14 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

**CV12-05829 PSG**

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY ON ITS OWN BEHALF AND AS CLAIMS ADMINISTRATOR FOR SELF-FUNDED PLAN SPONSORS,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA SURGICAL MANAGEMENT, LLC, a California Limited Liability Company,<br>BAY AREA SURGICAL GROUP, INC., a California Corporation,<br>FOREST SURGERY CENTER, LP, a California Limited Partnership,<br>SOAR SURGERY CENTER, LLC, a California Limited Liability Company,<br>KNOWLES SURGERY CENTER, LLC, a California Limited Liability Company,<br>NATIONAL AMBULATORY SURGERY CENTER, LLC, a California Limited Liability Company,<br>LOS ALTOS SURGERY CENTER, LIMITED PARTNERSHIP, a California Limited Partnership,<br>PACIFIC HEIGHTS SURGERY CENTER, a California Limited Liability Company, | CASE NO. 1-12-CV-217943<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C SECTION 1441(B) FEDERAL QUESTION AND 28 U.S.C. SECTION 1446**<br><br>Trial Date:   None Set |

1126622.1

NOTICE OF REMOVAL OF ACTION

| | |
|---|---|
| 1 | JULIA HASHEMIEH, ROBERT SARVENESHT, |
| 2 | JAVAD ZOLFAGHARI, and DOES 1-100 |
| 3 | |
| 4 | Defendants. |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants Bay Area Surgical Management, LLC, Bay Area Surgical Group, Inc., Forest Ambulatory Surgical Associates, LP (incorrectly served as Forest Surgery Center, LP), SOAR Surgery Center, LLC, Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Julia Hashemieh, Bobby Sarnevesht (incorrectly sued as Robert Sarnevesht), and Javad Zolfaghari (collectively, "Defendants") hereby remove to this Court the state court action described below.

1. On February 2, 2012, an action was commenced in the Superior Court of the State of California, in the County of Santa Clara, entitled Aetna Life Insurance Company vs. Bay Area Surgical Management, et al. (Case No. 1-12-CV-217943). A copy of the state court's docket in this action is attached hereto as Appendix A.

2. Defendants demurred to and moved to strike the Complaint on March 5, 2012.[1]

3. Following briefing on the demurrers and motion to strike, the state court sustained in part and denied in part the demurrers and motion to strike on September 28, 2012.

4. Aetna filed a first amended complaint (the "FAC") on October 12, 2012.

5. The first date upon which defendants received a copy of such complaint was October 12, 2012, when defendants were served with a copy of the complaint by electronic service.

---

[1] Defendants Julia Hashemieh, Bobby Sarnevesht, and Javad Zolfaghari demurred separately from Defendants Bay Area Surgical Management, LLC, Bay Area Surgical Group, Inc., Forest Ambulatory Surgical Associates, LP, SOAR Surgery Center, LLC, Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, and Los Altos Surgery Center, LP. Defendant Pacific Heights Surgery Center is represented by separate counsel, and filed a separate demurrer.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that the FAC alleges that the case involves Medicare claims and alleges that Medicare rules apply to this case, which are found in Title 18 of the Social Security Act, 42 C.F.R. § 400 *et seq.* (*See* Ex. B at ¶¶ 55-57.)

7. The allegation that Medicare claims are involved in this case was not contained in the FAC, and Defendants thus did not have knowledge that this case involved a federal question until receipt of the FAC on October 12, 2012.

8. In addition, after investigation of the claims at issue in the FAC in anticipation of discovery in this case, Defendants have discovered that many of the claims at issue in this case involve claims for benefits under ERISA, 29 U.S.C.S. § 1002 et *seq.*

DATED: November 13, 2012

HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
KATHERINE M. DRU
Attorneys for Bay Area Surgical Management, LLC, Bay Area Surgical Group, Inc., Forest Ambulatory Surgical Associates, LP, SOAR Surgery Center, LLC, Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center, LP, Julia Hashemieh, Bobby Sarnevesht, and Javad Zolfaghari

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On November 13, 2012, I served true copies of the following document(s) described as **CIVIL COVER SHEET AND NOTICE OF REMOVAL** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL AND U.S. MAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kdru@health-law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING FOR SANTA CLARA COUNTY SUPERIOR COURT ONLY:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 13, 2012, at Los Angeles, California.

/s/ Pamela Richardson
Pamela Richardson

**SERVICE LIST**
**Aetna v Bay Area Surgical, et al.**
**Case No. 112CV217943**

**VIA HAND DELIVERY**

DEPARTMENT 1
Santa Clara County Superior Court
191 N. 1st Street
San Jose, CA 95113

**VIA EMAIL AND U.S. MAIL**

| Names of Counsel & Firm | Party Represented | Email Address |
|---|---|---|
| Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Matthew Ruan<br>**BERMAN DEVALERIO**<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 | *Counsel for Plaintiff Aetna Life Insurance Company on Its Own Behalf and as Claims Administrator for Self-Funded Plan Sponsors* | jtabacco@bermandevalerio.com<br>cheffelfinger@bermandevalerio.com<br>mruan@bermandevalerio.com |
| Richard A. Sprague<br>Joseph R. Podraza, Jr.<br>**SPRAGUE & SPRAGUE**<br>135 S. 19th Street, Suite 400<br>Philadelphia, PA 19103<br>Telephone: (215) 561-7681<br>Facsimile: (215) 561-6913 | *Attorneys for Plaintiff Aetna Life Insurance Company on Its Own Behalf and as Claims Administrator for Self-Funded Plan Sponsors* | richardsprague@comcast.net<br>jpodraza@spragueandsprague.com |
| James A. Lassart<br>Adrian G. Driscoll<br>Jaemin Chang<br>**ROPERS MAJESKI KOHN BENTLEY PC**<br>201 Spear Street<br>Suite 1000<br>San Francisco, CA 94105<br>Telephone: (415) 543-4800<br>Facsimile: (415) 972-6301 | *Attorneys for Defendant Pacific Heights Surgery Center* | JLassart@rmkb.com<br>ADriscoll@rmkb.com<br>JChang@rmkb.com |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1126632.1

# APPENDIX A