DARON L. TOOCH (State Bar No. 137269)
KATHERINE M. DRU (State Bar No. 280231)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: kdru@health-law.com

Attorneys for Bay Area Surgical Management, LLC, Bay Area Surgical Group, Inc., Forest Ambulatory Surgical Associates, LP, SOAR Surgery Center, LLC, Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center LP, Julia Hashemieh, Bobby Sarnevesht, and Javad Zolfaghari

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Aetna Life Insurance Company, | CASE NO. 5:12-cv-05829-RMW |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |
| vs. | |
| Bay Area Surgical Management, LLC, Bay Area Surgical Group, Inc., Forest Ambulatory Surgical Associates, LP, SOAR Surgery Center, LLC, Knowles Surgery Center, LLC, National Ambulatory Surgery Center, LLC, Los Altos Surgery Center LP, Pacific Heights Surgery Center, Julia Hashemieh, Bobby Sarnevesht, Javad Zolfaghari, and Does 1-100 | Hon. Ronald M. Whyte |
| Defendants. | |

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bay Area Surgical
2  Management, LLC, Bay Area Surgical Group, Inc., Forest Ambulatory Surgical Associates, LP,
3  SOAR Surgery Center, LLC, Knowles Surgery Center, LLC, National Ambulatory Surgery
4  Center, LLC, and Los Altos Surgery Center LP ("Defendants") certify that Defendants are limited
5  liability companies and limited partnerships, which have no parent companies and which do not
6  issue stock.

8  DATED: December 13, 2012         HOOPER, LUNDY & BOOKMAN, P.C.

10                                   By: _____
                                         KATHERINE M. DRU
11                                   Attorneys for Bay Area Surgical Management, LLC,
                                     Bay Area Surgical Group, Inc., Forest Ambulatory
12                                   Surgical Associates, LP, SOAR Surgery Center, LLC,
                                     Knowles Surgery Center, LLC, National Ambulatory
13                                   Surgery Center, LLC, Los Altos Surgery Center LP,
                                     Julia Hashemieh, Bobby Sarnevesht, and Javad
14                                   Zolfaghari

CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067-2517.

On December 13, 2012, I served true copies of the following document described as **CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address greese@health-law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 13, 2012, at Los Angeles, California.

_____
Gail Reese

**SERVICE LIST**
Aetna v Bay Area Surgical, et al.
Case No. 112CV217943

| Names of Counsel & Firm | Party Represented | Email Address |
|---|---|---|
| Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Matthew Ruan<br>**BERMAN DEVALERIO**<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 | *Counsel for Plaintiff Aetna Life Insurance Company on Its Own Behalf and as Claims Administrator for Self-Funded Plan Sponsors* | jtabacco@bermandevalerio.com<br>cheffelfinger@bermandevalerio.com<br>mruan@bermandevalerio.com |
| Richard A. Sprague<br>Joseph R. Podraza, Jr.<br>**SPRAGUE & SPRAGUE**<br>135 S. 19th Street, Suite 400<br>Philadelphia, PA 19103<br>Telephone: (215) 561-7681<br>Facsimile: (215) 561-6913 | *Attorneys for Plaintiff Aetna Life Insurance Company on Its Own Behalf and as Claims Administrator for Self-Funded Plan Sponsors* | richardsprague@comcast.net<br>jpodraza@spragueandsprague.com |
| James A. Lassart<br>Adrian G. Driscoll<br>Jaemin Chang<br>**ROPERS MAJESKI KOHN BENTLEY PC**<br>201 Spear Street<br>Suite 1000<br>San Francisco, CA 94105<br>Telephone: (415) 543-4800<br>Facsimile: (415) 972-6301 | *Attorneys for Defendant Pacific Heights Surgery Center* | JLassart@rmkb.com<br>ADriscoll@rmkb.com<br>JChang@rmkb.com |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1126726.1