Joseph J. Tabacco, Jr.  (SBN 75484)
Christopher T. Heffelfinger  (SBN 118058)
Matthew D. Pearson (SBN 235339)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermandevalerio.com
        cheffelfinger@bermandevalerio.com

Richard A. Sprague
Joseph R. Podraza, Jr.
**SPRAGUE & SPRAGUE**
135 S. 19th Street, Suite 400
Philadelphia, PA 19103
Telephone:  (215) 561-7681
Facsimile:  (215) 561-6913
Email: rasprague@spragueandsprague.com
        jpodraza@spragueandsprague.com

*Attorneys for Plaintiff Aetna Life Insurance Company*
*on Its Own Behalf and as Claims Administrator*
*for Self-Funded Plan Sponsors*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>      vs.<br><br>BAY AREA SURGICAL MANAGEMENT,<br>LLC, et al.,<br><br>        Defendants. | Case No. 5:12-cv-05829-~~PSG~~<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER** |

[5:12-cv-05829-PSG] STIPULATION AND ORDER

1    WHEREAS, on November 14, 2012, defendants Bay Area Surgical Management, LLC;

2  Bay Area Surgical Group, Inc.; Forest Ambulatory Surgical Associates, LP; SOAR Surgery

3  Center, LLC; Knowles Surgery Center, LLC; National Ambulatory Surgery Center, LLC; Los

4  Altos Surgery Center, LP; Julia Hashemieh; Bobby Sarnevesht; and Javad Zolfaghari

5  (collectively, the "BASM Defendants") filed a Notice of Removal of the above-captioned case

6  from the Superior Court for the County of Santa Clara (Superior Court Case No. 1-12CV-

7  217943), where it had been pending in the Complex Civil Litigation Department before the

8  Honorable James P. Kleinberg  (the "State Court Proceeding").

9    WHEREAS, defendant Pacific Heights Surgery Center of San Francisco, L.P., ("Pacific

10  Heights") has not yet filed a joinder or memorandum in support of the Notice of Removal.

11    WHEREAS, on October 12, 2012, Plaintiff Aetna Life Insurance Company ("ALIC")

12  filed its First Amended Complaint (the "FAC") in the State Court Proceeding.

13    WHEREAS, the last day for the BASM Defendants and Pacific Heights (together,

14  "Defendants") to file their respective motions to dismiss, or otherwise respond to, the FAC in

15  Federal Court is November 21, 2012.

16    WHEREAS, ALIC has communicated to counsel for Defendants that it intends to file a

17  Motion to Remand and will coordinate the date for that hearing when a District Court Judge is

18  assigned to hear the matter.

19    WHEREAS, ALIC has filed a Notice of Declination re the Magistrate, and the parties are

20  currently awaiting the selection of a District Court Judge for this case.

21    WHEREAS, for the convenience of the parties and in the interest of judicial economy,

22  the parties are willing to enter a stipulation, subject to court approval, that provides for the

23  trailing of Defendants' responses to ALIC's FAC for a period of thirty (30) days following the

24  date of an order by the District Court retaining jurisdiction of the case.

25    NOW, THEREFORE, THE PARTIES DO STIPULATE AND AGREE AS FOLLOWS:

26    1.    The Court shall set a hearing first to consider Plaintiff ALIC's Motion to Remand,

27         on a date/time to be set by the parties at the convenience of the Court;

28

2.     Defendants' time to respond to the Plaintiff ALIC's First Amended Complaint is
hereby stayed until thirty (30) days following the date of any order by the Court
retaining jurisdiction of the case.

3.     The parties shall cooperate with each other in setting a hearing date on the Motion
to Remand.

Date:   November 9, 2012                    Respectfully submitted,

**BERMAN DEVALERIO**

By: _____
Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Matthew D. Pearson
One California Street, Suite 900
San Francisco, CA  94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermandevalerio.com
         cheffelfinger@bermandevalerio.com

Richard A. Sprague
Joseph R. Podraza, Jr.
**SPRAGUE & SPRAGUE**
135 S. 19th Street, Suite 400
Philadelphia, PA 19103
Telephone:  (215) 561-7681
Facsimile:  (215) 561-6913
Email: rasprague@spragueandsprague.com
         jpodraza@spragueandsprague.com

*Attorneys for Plaintiff Aetna Life Insurance*
*Company on Its Own Behalf and as Claims*
*Administrator for Self-Funded Plan Sponsors*

[5:12-cv-05829-PSG] STIPULATION AND [PROPOSED] ORDER                    2

1    Dated:  November 19, 2012                **HOOPER, LUNDY & BOOKMAN, P.C.**

2

3                                            By: _____

4                                                    Katherine M.  Dru

5                                            Daron L. Tooch
                                             1875 Century Park East, Suite 1600
6                                            Los Angeles, CA 90067-2517
                                             Telephone: (310) 551-8111
7                                            Facsimile: (310) 551-8181
                                             Email: dtooch@health-law.com
8                                                   kdru@health-law.com

9                                            *Attorneys for Defendants Bay Area Surgical*
                                             *Management, LLC, Bay Area Surgical Group, Inc.,*
10                                           *Forest Ambulatory Surgical Associates, LP, SOAR*
                                             *Surgery Center, LLC, Knowles Surgery Center,*
11                                           *LLC, National Ambulatory Surgery Center, LLC,*
                                             *Los Altos Surgery Center, LP, Julia Hashemieh,*
12                                           *Bobby Sarnevesht, and Javad Zolfaghari*

13   Dated:  November __, 2012                **ROPERS MAJESKI KOHN BENTLEY PC**

14

15                                           By:_____

16                                                   James A. Lassart

17                                           Adrian G. Driscoll
                                             Jaemin Chang
18                                           201 Spear Street
                                             Suite 1000
19                                           San Francisco, CA 94105
                                             Telephone: (415) 543-4800
20                                           Facsimile: (415) 972-6301
                                             Email: JLassart@rmkb.com
21                                                  ADriscoll@rmkb.com
                                                    JChang@rmkb.com

22                                           *Attorneys for Defendant Pacific Heights Surgery*
                                             *Center*
23

24                                           **ORDER**

25         IT IS SO ORDERED.

26

27   Dated: _____          _____
                                             United States District Judge
28

1   Dated: November __, 2012                 **HOOPER, LUNDY & BOOKMAN, P.C.**

2

3                                            By:_____
                                                  Katherine M. Markowski Dru
4

5                                            Daron L. Tooch
                                             875 Century Park East, Suite 1600
                                             Los Angeles, CA 90067-2517
6                                            Telephone: (310) 551-8111
                                             Facsimile: (310) 551-8181
7                                            Email: dtooch@health-law.com
                                                    kmarkowski@health-law.com
8

9                                            *Attorneys for Defendants Bay Area Surgical*
                                             *Management, LLC, Bay Area Surgical Group, Inc.,*
                                             *Forest Ambulatory Surgical Associates, LP, SOAR*
10                                           *Surgery Center, LLC, Knowles Surgery Center,*
                                             *LLC, National Ambulatory Surgery Center, LLC,*
11                                           *Los Altos Surgery Center, LP, Julia Hashemieh,*
                                             *Robert Sarnevesht, and Javad Zolfaghari*
12

13  Dated: November 19 2012                  **ROPERS MAJESKI KOHN BENTLEY PC**

14

15                                           By: _____
                                                  James A. Lassart
16

17                                           Adrian G. Driscoll
                                             Jaemin Chang
18                                           201 Spear Street
                                             Suite 1000
19                                           San Francisco, CA 94105
                                             Telephone: (415) 543-4800
20                                           Facsimile: (415) 972-6301
                                             Email: JLassart@rmkb.com
21                                                  ADriscoll@rmkb.com
                                                    JChang@rmkb.com
22
                                             *Attorneys for Defendant Pacific Heights Surgery*
23                                           *Center*

24                                           <u>**ORDER**</u>

25          IT IS SO ORDERED.

26
    Dated:   FGDGEFG   _____
27                                           _____
                                             United States District Judge
28